```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019
```



**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

AMY ROBINSON
*Spec. Assistant Corporation Counsel*
Phone (212) 356-3518
Fax (212) 356-3509
arobinso@law.nyc.gov

December 17, 2019

**By ECF and E-mail**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Cristina Winsor v. City of New York, et al.</u>, 19-cv-6462 (AT) (JLC)

Your Honor:

    I am an attorney in the Office of James E. Johnson, Corporation Counsel of the City of New York, and assigned to represent defendants in the above-referenced matter. I write on consent to request an adjournment of the initial conference in this matter from January 8, 2020, at 10:00 a.m., to January 29, 2020 or until sometime thereafter that is convenient for the Court. (<u>See</u> Dkt. No. 6). Additional time is necessary due to counsel's obligations in other matters through January. Plaintiff's counsel consents to this request. No prior request has been made to adjourn the initial conference in this matter. A prior request to extend the time to file an Answer until January 23, 2020, was requested and granted by the Court. (<u>See</u> Dkt. No. 18).

    Defendant thanks the Court for its time and consideration of this request.

                  Respectfully submitted,

                  /s/ *Amy Robinson*

cc:    Gideon Oliver, Esq., via ECF and e-mail
       *Attorney for Plaintiff*

DENIED, without prejudice to renewal in a letter motion identifying specific obligations that would prevent counsel's attendance at the initial pretrial conference scheduled for January 8, 2020.

SO ORDERED.

Dated: December 17, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge