

JAMES E. JOHNSON
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

AMY ROBINSON
*Spec. Assistant Corporation Counsel*
Phone (212) 356-3518
Fax (212) 356-3509
arobinso@law.nyc.gov

December 18, 2019

**By ECF and E-mail**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Cristina Winsor v. City of New York, et al.</u>, 19-cv-6462 (AT) (JLC)

Your Honor:

    I am an attorney in the Office of James E. Johnson, Corporation Counsel of the City of New York, and assigned to represent defendants in the above-referenced matter. I write on consent to request an adjournment of the initial conference in this matter from January 8, 2020, at 10:00 a.m., to January 29, 2020 or until sometime thereafter that is convenient for the Court. (<u>See</u> Dkt. No. 6). Additional time is necessary due to counsel's absence from the office December 23rd through December 29th and obligations in other matters in early January, including preparation of an evaluation in <u>Pogosian v. City of New York</u>, 19-cv-7566 (S.D.N.Y.) due on December 31st, ex parte submissions due in <u>Marom v. City of New York</u>, 15-cv-2017 (S.D.N.Y.) on the December 31st, a settlement conference on January 2nd, an answer/other response due in a complex litigation, <u>Bunn v. City of New York</u>, 19-cv-4667, (E.D.N.Y.) due on January 3rd, review of voluminous documents and redaction pertaining to initial disclosures in <u>Bunn</u> that are due on January 7th followed by an initial conference in that matter on January 9th. Plaintiff's counsel consents to this request. No prior request has been made to adjourn the initial conference in this matter. A prior request to extend the time to file an Answer until January 23, 2020, was requested and granted by the Court. (<u>See</u> Dkt. No. 18).

    Defendant thanks the Court for its time and consideration of this request.

**GRANTED in part.** The initial pretrial conference scheduled for January 8, 2020, is **ADJOURNED** to **January 22, 2020**, at **12:00 p.m.**

SO ORDERED.

Dated: December 18, 2019
New York, New York

*(signature)*

ANALISA TORRES
United States District Judge

Respectfully submitted,

/s/ *Amy Robinson*