USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA WINSOR,

Plaintiff,

-against-

THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT ("NYPD") OFFICER REGINA VASQUEZ, SHIELD NO. 31613; and NYPD OFFICER CHRISTOPHER MULVEY, SHIELD NO. 11319; individually and in their official capacities,

Defendants.

19 Civ. 6462 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial pretrial conference scheduled for January 22, 2020, is ADJOURNED *sine die* to allow time for the parties to participate in mediation pursuant to Local Rule 83.10.

SO ORDERED.

Dated: January 22, 2020
New York, New York

ANALISA TORRES
United States District Judge