**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office:** (718) 783-3682
**Signal:** (646) 263-3495
**Fax:** (646) 349-2914*

*Not for service*

November 18, 2020

**BY ECF**
Hon. Mary K. Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

Re:     *Cristina Winsor v. City of New York*, 19 civ. 6462 (MKV)

Your Honor:

I represent Plaintiff in the above-captioned matter. On October 9, 2020, Plaintiff filed a Notice of Acceptance of Defendants' September 28, 2020 Offer of Judgment offering to allow Plaintiff to take a judgment against the City of New York in this action for $20,001.00 plus reasonable attorneys' fees, expenses, and costs to the date of the offer. *See* Dkt. 35. The parties subsequently made, and the Court granted, two joint applications asking the Court to provide the parties additional time within which to (1) agree upon an appropriate amount of attorney's fees, expenses, and costs and submit a Proposed Judgment incorporating the $20,001 required by operation of Rule 68 as well as an agreed-upon amount of attorney's fees, expenses, and costs; or (2) to file a Proposed Judgment to cover the $20,001 required by operation of Rule 68 and an application to the Court to fix the Plaintiff's attorney's fees, expenses, and costs. *See* Dkts. 36-39. The current deadline for proposed submissions is tomorrow, November 19, 2020. *See* Dkt. 39.

Just yesterday, the parties agreed in principle to settle Plaintiff's remaining claims for attorney's fees, expenses, and costs for $32,500. However, the parties have not agreed upon the specific language to be included in a Proposed Judgment. I therefore write to make this joint request that the Court provide the parties with up to an additional week – until November 26, 2020 – within which to submit to the Court a Proposed Judgment against the City of New York incorporating the $20,001 required by operation of Rule 68 as well as the $32,500 settlement as to Plaintiff's claims for attorney's fees, expenses, and costs.

The parties jointly thank the Court for the Court's attention to this matter.

Respectfully submitted,

*Gideon Orion Oliver*

Gideon Orion Oliver

---

Due to the intervening Thanksgiving holiday, the Parties may file their Proposed Judgment on or before December 2, 2020. SO ORDERED.

Date: 11/19/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge